JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV  89130
702-258-1183 ph /702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

Attorneys for Plaintiff
*Shamika Locklin*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| SHAMIKA LOCKLIN,<br><br>                    Plaintiff,<br><br>vs.<br><br>MANDALAY BAY, LLC, a domestic limited liability company, d/b/a MANDALAY BAY RESORT AND CASINO; DOES I-X; and ROE.<br><br>                    Defendant(s). | Case No.: 2:21-cv-00230-JAD-BNW<br><br>**REQUEST FOR EXEMPTION FOR PLAINTIFF'S ATTORNEY JAMES P. KEMP FROM ATTENDING THE EARLY NEUTRAL EVALUATION SESSION** |

**COMES NOW** James P. Kemp, Esq., Attorney for Plaintiff Shamika Locklin, and requests that he be exempt from attending the Early Neutral Evaluation Session ("ENE") scheduled for video conference at 10:00 a.m. March 18, 2021 with the Honorable United States Magistrate Judge Cam Ferenbach. Attorney Kemp will be out of state on a pre-planned vacation that day.

Personal attendance by Attorney Kemp will not inhibit or limit the parties' ability to negotiate or reach a potential settlement. Plaintiff's counsel, Victoria L. Neal, Esq., is well-versed in the matter and has full settlement authority on behalf of Plaintiff.

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 • Fax (702) 258-6983

For the reasons set forth herein, Attorney Kemp requests that the court grant this request and excuse him from attendance at the ENE.

DATED this 18th day of February 2021.

/s/ James P. Kemp
JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Ste 110
Las Vegas, NV  89130
702-258-1183 ph./702-258-6983 fax

*Attorneys for Plaintiff*
*Shamika Locklin*

**IT IS SO ORDERED.**

Dated:  February 19, 2021.

_____
UNITED STATES MAGISTRATE JUDGE
CAM FERENBACH

**KEMP & KEMP**
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 • Fax (702) 258-6983

2

## CERTIFICATE OF SERVICE

This is to certify on the date indicated below the within and foregoing document was served via the court's CM/ECF system to the following persons or parties:

All Parties Registered
Through the CM/ECF system.

DATED this 18th day of February 2021.

/s/ James P. Kemp
JAMES P. KEMP, ESQ.

**KEMP & KEMP**
ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
LAS VEGAS, NEVADA 89130
Tel. (702) 258-1183 • Fax (702) 258-6983