Kathleen M. Tinnerello, Bar # 15161
Dana L. Howell, Bar # 11607
MGM Resorts International
6385 S. Rainbow Blvd., Suite 500
Las Vegas, NV 89118
Telephone: (702) 692- 1289
Telephone: (702) 692- 1937
Fax No.:     (702) 669-4501
Email:   ktinnerello@mgmresorts.com
Email:   dhowell@mgmresorts.com

*Attorneys for Defendant,
Mandalay Bay, LLC*

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SHAMIKA LOCKLIN,<br><br>    Plaintiff,<br><br>vs.<br><br>MANDALAY BAY, LLC, a domestic limited liability company, d/b/a MANDALAY BAY RESORT AND CASINO; DOES I-X; and ROE.<br><br>    Defendants. | **CASE NO.: 2:21-CV-00230-JAD-BNW**<br><br>**Honorable Judge Jennifer A. Dorsey**<br><br>**Magistrate Judge Brenda Weksler**<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE ANSWER OR RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Defendant Mandalay Bay, LLC dba Mandalay Bay Resort and Casino ("Defendant"), may have additional time within which to submit an answer or responsive pleading to Plaintiff's Complaint (ECF No. 1, Exhibit A), which is currently due February 18, 2021 for fourteen (14) days, up to and including Thursday, March 4, 2021.

This request is made in light of recent (and temporary) losses to defense counsel's department and the need for defense counsel to cover multiple geographic regions and time zones during this period of transition.

1

This is the first stipulation for an extension of time to file Defendant's answer or responsive pleading to Plaintiff's Complaint. This stipulation is made in good faith and not for purposes of improper delay.

DATED this 24th day of February 2021.

KEMP & KEMP

/s/ *Victoria Neal* (per email consent 2/4/2021)
Victoria L. Neal, Esq.
Nevada Bar No.: 13382
7435 W. Azure Drive, Ste. 110
Las Vegas, NV 89130
Attorney for Plaintiff

DATED this 24th day of February 2021.

MANDALAY BAY, LLC

/s/ *Kathleen M. Tinnerello*
Kathleen M. Tinnerello, Esq.
Nevada Bar No.: 15161
6385 S. Rainbow Boulevard, Suite 500
Las Vegas, NV 89119
Attorney for Defendants

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 2/25/2021

2