JAMES P. KEMP, ESQ.
Nevada Bar No.: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
702-258-1183 ph /702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

Attorneys for Plaintiff
*Shamika Locklin*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SHAMIKA LOCKLIN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MANDALAY BAY, LLC, a domestic limited liability company, d/b/a MANDALAY BAY RESORT AND CASINO; DOES I-X; and ROE.<br>　　　　　Defendants. | Case No.: 2:21-cv-0230-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AT ECF NO. 26**<br><br>**[First Request]**<br><br>ECF No. 27 |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff shall have, subject to the Court's approval, a two-week extension, up to and including May 7, 2021, to respond to Defendant's Motion to Dismiss filed April 9, 2021 at ECF No. 26. This is the first stipulation for an extension of time to extend Plaintiff's deadline to respond. This stipulation is made in good faith and not for purposes of improper delay.

This request is made because Plaintiff's counsel is experiencing a heavy case load including in the week Defendant's Motion was filed, and in the weeks immediately following, a reply to a Motion to Remove Confidential Designations, preparing two Early Neutral Evaluation Statements, client preparation and attendance at those ENE's, preparing two settlement briefs, client preparation and attendance of those settlement conferences, preparing discovery responses and initial disclosures, two hearings, two preconference meetings with the court, a JAMS mediation, two all-day depositions, and a 9th Circuit mediation.

For the above reasons so that Plaintiff can fully address the issues in Defendant's Motion to Dismiss, the parties believe a two-week extension, up to and including May 7, 2021, is appropriate.

DATED this 19th day of April 2021.

KEMP & KEMP

/s/ Victoria L. Neal
Victoria L. Neal, Esq.
Nevada Bar No.: 13382
7435 W. Azure Drive, Ste. 110
Las Vegas, NV 89130

Attorney for Plaintiff
Shamika Locklin

DATED this 19th day of April 2021.

MGM RESORTS INTERNATIONAL

/s/ Kelly Kichline
Kelly Kichline, Esq.
Nevada Bar No.: 10642
6385 S. Rainbow Blvd., Suite 500
Las Vegas, NV 89118

Attorney for Defendant
Mandalay Bay, LLC

**ORDER**

IT IS SO ORDERED:

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 4, 2021

2