Kelly Kichline, NV Bar No. 10642
Jason Sifers, NV Bar No. 14273
MGM RESORTS INTERNATIONAL
6385 S. Rainbow Blvd., Suite 500
Las Vegas, NV 89118
Telephone: (702) 692-5651
Fax No.:   (702) 669-4501
Email:  kkichline@mgmresorts.com
         jsifers@mgmresorts.com

*Attorney for Defendant,*
*Mandalay Bay, LLC d/b/a Mandalay Bay Resort & Casino*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SHAMIKA LOCKLIN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MANDALAY BAY, LLC, a domestic limited liability company, d/b/a MANDALAY BAY RESORT & CASINO; DOES I-X; AND ROE.<br><br>　　　　　Defendant(s). | Case No.: 2:21-cv-00230-JAD-BNW<br><br>**SUBSTITUTION OF ATTORNEY** |

Defendant Mandalay Bay, LLC d/b/a Mandalay Bay Resort & Casino ("Mandalay" or "Defendant") hereby substitutes Jason Sifers of MGM Resorts International, 6385 S. Rainbow Blvd. Suite 500, Las Vegas, Nevada 89118, 702-692-5652, as attorney of record in the place and stead of Kelly Kichline.

DATED this 2nd day of December, 2021.

_____
On behalf of Defendant Mandalay Bay, LLC

I consent to the above substitution.

DATED this 2nd day of December, 2021.

_____
Kelly Kichline, NV Bar No. 10642

///

I am duly admitted to practice in this District. Above substitution accepted.

DATED this 2nd day of December, 2021.

           MGM RESORTS INTERNATIONAL

           */s/Jason Sifers*
           Jason Sifers, NV Bar No. 14273
           6385 S. Rainbow Blvd., Suite 500
           Las Vegas, NV 89118
           *Attorneys for Defendant,*
           *Mandalay Bay, LLC*

Please check one:  **X** RETAINED, or ___ APPOINTED BY THE COURT

**APPROVED:**

_____
UNITED STATES MAGISTRATE JUDGE
BRENDA N. WEKSLER

DATED: 12/3/2021