Jason Sifers.
Nevada Bar No.: 14273
MGM RESORTS INTERNATIONAL
6385 S. Rainbow Blvd. Suite 500
Las Vegas, NV  89118
702-692-5672
jsifers@mgmresorts.com

Attorneys for Defendant
*Mandalay Bay, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**
***

| | |
|---|---|
| SHAMIKA LOCKLIN, | Case No.: 2:21-cv-0230-JAD-BNW |
| Plaintiff, | |
| vs. | **STATUS REPORT** |
| MANDALAY BAY, LLC, a domestic limited liability company, d/b/a MANDALAY BAY RESORT AND CASINO; DOES I-X; and ROE, | |
| Defendants. | |

This case was filed in the Eighth Judicial District Court on November 10, 2020. Defendant was served on January 22, 2021. Plaintiff brought claims of Discrimination under the Americans With Disabilities Act, and Interference in Violation of the Americans With Disabilities Act, and Discrimination Based on Disability in Violation of Nevada State Law. Attachment A to ECF No. 1. Defendant removed this case to this Court on February 11, 2021. ECF No. 1. Plaintiff also pursued a concurrent workers compensation action against Defendant.

The parties sought three stays of discovery while engaging in negotiations to resolve both actions. On March 21, 2022, the parties reached a settlement. Because of the complex nature of settlement given the concurrent actions, the parties requested a fourth 60-day stay of discovery while

the parties negotiated and drafted documents necessary for a global settlement. The parties committed to filing a status report or stipulation of dismissal with prejudice with the Court by the end of that fourth stay of discovery. The parties have concluded those negotiations and agreed upon final settlement documents. All that remains now is mutual execution of and performance of those documents. The Parties will file a stipulation of dismissal with prejudice within 30 days of this Status Report. The Parties are appreciative of the Court's accommodation while they negotiated this complicated settlement.

| | |
|---|---|
| DATED this 22nd day of March July. | DATED this 22nd day of July 2022. |
| KEMP & KEMP | MGM RESORTS INTERNATIONAL |
| /s/ Victoria L. Neal | /s/ Jason Sifers |
| Victoria L. Neal, Esq. | Jason Sifers, Esq. |
| Nevada Bar No.: 13382 | Nevada Bar No.: 14273 |
| 7435 W. Azure Drive, Ste. 110 | 6385 S. Rainbow Blvd., Suite 500 |
| Las Vegas, NV 89130 | Las Vegas, NV 89118 |
| Attorney for Plaintiff Shamika Locklin | Attorney for Defendant Mandalay Bay, LLC |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
HONORABLE BRENDA N. WEKSLER

DATED: July 26, 2022

2